BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

FILED

MAY 28 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff and Judgment Creditor, <br><br> v. <br><br> MARK H. SCOFFIELD, DPM, <br><br> Defendant and Judgment Debtor. | CASE NO. CV-F-96-5630-AWI-DLB <br><br> **APPLICATION FOR AN ORDER TERMINATING WRIT OF GARNISHMENT; AND ORDER** <br><br> [NO HEARING REQUESTED] |
| GRANVILLE HOMES, INC., <br><br> Garnishee. | |

By this garnishment proceeding, the United States recovered the principal and interest on the judgment imposed against defendant Mark H. Scoffield in the civil case referenced above. Accordingly, the United States seeks an order terminating the writ of garnishment pursuant to 28 U.S.C. § 3205(c)(10)(C) (satisfaction of the debt).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: May 27, 2015       By: /s/ K.A. Didier
                              KURT A. DIDIER
                              Assistant U.S. Attorney

APPLICATION FOR ORDER TERMINATING GARNISHMENT

# ORDER

The Court, having reviewed the court files and the United States' Application for an Order Terminating Writ of Garnishment (the "Application") and finding good cause therefor, hereby GRANTS the Application. Accordingly, pursuant to 28 U.S.C. § 3205(c)(10)(C), the writ of garnishment previously issued on September 13, 2012 against defendant Mark H. Scoffield, DPM is TERMINATED.

IT IS SO ORDERED

Dated: 5-28-15

ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE